SAMUEL CHOQUETTE *vs.* HERMAN L. BENNETT.

First Judicial District, Hartford, March Term, 1930.

WHEELER, C. J., MALTBIE, HAINES, HINMAN AND BANKS, JS.

Argued March 4th—decided March 6th, 1930.

*William A. Bree,* with whom was *H. Frederick Day,* for the appellant (defendant).

*Edward J. Daly,* with whom was *Cornelius D. Shea,* for the appellee (plaintiff).

PER CURIAM. This appeal is pursued upon the sole ground that the damages are excessive. The special damages might reasonably have been found to be $2315.25. The physical injury was severe and included a twenty-five per cent permanent partial disability to plaintiff's left leg. Although he was seventy-one years of age at the time of this accident it cannot be held as matter of law that the assessment of damages of $4200 for the injury plaintiff suffered is excessive, giving due weight to the trial court's denial of defendant's motion to set aside the verdict.

There is no error.